JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

LAUREN KEIF, an individual

Plaintiff

v.

JAGUAR LAND ROVER, NORTH AMERICA, LLC; DOES 1 through 100, Inclusive.

Defendants

Case No. 8:25-cv-00203-KES

Hon. Karen E. Scott

[PROPOSED] ORDER GRANTING JOINT STIPULATION OF PARTIES FOR DISMISSAL WITH PREJUDICE.

After reviewing the Joint Stipulation for Dismissal, the Court hereby dismisses the above-captioned action with prejudice.

IT IS SO ORDERED

DATED: June 10, 2026

_Karen E. Scott_

Honorable Karen E. Scott
JUDGE OF THE UNITED STATES DISTRICT
COURT FOR THE CENTRAL DISTRICT
OF CALIFORNIA